# Fair Credit Law Group, LLC
### ATTORNEYS AT LAW

**JOEL A. BROWN**  
**ROBERT A. FRIEDMAN**

3389 Sheridan St., Suite 245  
Hollywood, FL 33021

January 4, 2022

**CBW Bank - Credit Fresh**  
200 Centimental Dr.  
Suite 401  
Newark, DE 19713

    Account Name: Charles Rotsztajn  
    Account No.:  
    SSN:  
    DOB:  
    22365 Dorado dr  
    Boca Raton, FL 33433

Dear CBW Bank - Credit Fresh:

    Please be advised that the undersigned law firm and affiliated local co-counsel represent the above named client with regard to the above referenced matter. Please be further advised that you are to cease all communications with our client by telephone, mail, and e-mail, with the exception of billing statements which shall continue to be mailed to the client directly. Failure to abide by this may result in further legal action to the fullest extent of the law.

    If you use any agent, third party debt collector, or sell this account to a debt buyer you are hereby instructed that this attorney information and notice of representation SHALL be provided to such persons. It has to come to our attention that this information frequently is not transmitted by your company thereby causing harm to our client.

    If you have any questions or concerns please feel free to contact us at your convenience. Thank you for your time and attention in this matter.

Sincerely,

Joel A. Brown & Robert Friedman Esq.  
*For The Firm*



*R1-P446997-F11199765*