UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:24cv80777

**CHARLES ROTSZTAJN,**

    Plaintiff,

v.

**CBW BANK,**
**PRIME RECOVERY LLC,**

    Defendant(s).
_____/

**SUMMONS IN CIVIL ACTION**

To:

    **Prime Recovery LLC**
    **c/o Anthony Lagambina**
    **5237 Summerlin Commons Blvd., Suite 440**
    **Fort Myers, Florida 33907**

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas Patti, Esq.
Patti Zabaleta Law Group
110 SE 6th Street Suite 1732, Fort Lauderdale, Florida 33309
E-mail: tom@PZLG.Legal / Phone: 561-542-8550

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Jun 26, 2024

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ A. Rodriguez
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:24cv80777

**CHARLES ROTSZTAJN,**

    Plaintiff,

v.

**CBW BANK,
PRIME RECOVERY LLC,**

    Defendant(s).
_____/

**SUMMONS IN CIVIL ACTION**

To:

    **CBW Bank
c/o Agent Authorized to Accept Service
109 East Main Street
Weir, Kansas 66781**

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas Patti, Esq.
Patti Zabaleta Law Group
110 SE 6th Street Suite 1732, Fort Lauderdale, Florida 33309
E-mail: tom@PZLG.Legal / Phone: 561-542-8550

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: __Jun 26, 2024__

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ A. Rodriguez
_____
Deputy Clerk
U.S. District Courts