**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 24-80777-CIV-CANNON**

**CHARLES ROTSZTAJN**,

      Plaintiff,

v.

**CBW BANK**
and **PRIME RECOVERY LLC,**

      Defendants.

_____/

**ORDER REQUIRING COMBINED RESPONSES**

      **THIS CAUSE** comes before the Court upon a sua sponte review of the record.  To better manage the orderly progress of the case, it is hereby **ORDERED** that no Defendant shall file a response or answer until all Defendants in this action have been served.  After all Defendants have been served, Defendants shall submit a single combined response or separate answers within the time allowed for the last-served Defendant to respond.  **All filings in this case must be prepared using 12-point Times New Roman font that is double-spaced and fully justified.**

      **DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 27th day of June 2024.

_____

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record