**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No.  9:24-cv-80777-AMC

**CHARLES ROTSZTAJN,**

    Plaintiff,

v.

**CBW BANK** and **PRIME RECOVERY LLC,**

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF STRIKING DOCKET ENTRY 8**

Plaintiff Charles Rotsztajn submits this Notice of Striking with respect to the Return of Service [Doc. 8] docketed for Defendant Prime Recovery LLC, as Plaintiff shall be reserving Defendant Prime Recovery LLC.

DATED: August 20, 2024

                                                  Respectfully Submitted,

                                                 /s/ Thomas Patti_____
                                                 **THOMAS PATTI, ESQ.**
                                                 Florida Bar No. 118377
                                                 E-mail:   Tom@pzlg.legal
                                                 **VICTOR ZABALETA, ESQ.**
                                                 Florida Bar No. 118517
                                                 E-mail:   Victor@pzlg.legal
                                                 PATTI ZABALETA LAW GROUP
                                                 110 SE 6th Street Suite 1732
                                                 Fort Lauderdale, Florida 33309
                                                 Phone:    561-542-8550

                                                 *COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 20, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

    /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377