# RETURN OF SERVICE
## United States District Court
## Southern District of Florida

Case Number: 9:24CV80777

Plaintiff:
**Charles Rotsztajn**

vs.

Defendant:
**CBW Bank, Prime Recovery LLC**

For: Thomas J. Patti
Patti Zabaleta Law Group

Received by All Broward Process Corp on the 3rd day of September, 2024 at 12:35 pm to be served on Prime Recovery LLC c/o Anthony Lagambina, 4589 Ridgeview Drive S, North Tonawanda, NY 14120-9708. I, _Anthony Crowley_, do hereby affirm that on the _03_ day of _September_, 20_24_ at _8:15_ _p_.m., executed service by delivering a true copy of the Summons in Civil Action; Civil Cover Sheet; Complaint; Exhibit(s) in accordance with state statutes in the manner marked below.

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

(X) CORPORATE SERVICE: By serving _Anthony Lagambina_ as _Owner_

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _White male, Brown Hair, 5'8-6'0, 185-210 lbs, 50-60 years Old_

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_[signature]_

PROCESS SERVER # _____
Appointed in accordance with State Statutes

All Broward Process Corp
701 N Fig Tree Lane
Plantation, FL 33317
(954) 214-5194

Our Job Serial Number: 2024004501

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:24cv80777

CHARLES ROTSZTAJN,

    Plaintiff,

v.

CBW BANK,
PRIME RECOVERY LLC,

    Defendant(s).

_____/

ABP# 4501 Corp
DATE 09/03/2024 TIME 8:15pm
Name A.C. Badge/ID# ___
*** scan back executed ***

## SUMMONS IN CIVIL ACTION

To:

**Prime Recovery LLC**
**c/o Anthony Lagambina**
**5237 Summerlin Commons Blvd., Suite 440**
**Fort Myers, Florida 33907**

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas Patti, Esq.
Patti Zabaleta Law Group
110 SE 6th Street Suite 1732, Fort Lauderdale, Florida 33309
E-mail: tom@PZLG.Legal / Phone: 561-542-8550

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Jun 26, 2024



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ A. Rodriguez
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:24cv80777

CHARLES ROTSZTAJN,

    Plaintiff,

v.

CBW BANK,
PRIME RECOVERY LLC,

    Defendant(s).
_____/

## SUMMONS IN CIVIL ACTION

To:

    CBW Bank
    c/o Agent Authorized to Accept Service
    109 East Main Street
    Weir, Kansas 66781

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas Patti, Esq.
Patti Zabaleta Law Group
110 SE 6th Street Suite 1732, Fort Lauderdale, Florida 33309
E-mail: tom@PZLG.Legal / Phone: 561-542-8550

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Jun 26, 2024



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ A. Rodriguez
Deputy Clerk
U.S. District Courts