UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80777-CIV-CANNON

**CHARLES ROTSZTAJN**,

    Plaintiff,

v.

**CBW BANK**
and **PRIME RECOVERY LLC**,

    Defendants.
_____/

## ORDER GRANTING MOTION TO COMPEL ARBITRATION
## AS TO DEFENDANT CBW BANK ONLY

**THIS CAUSE** comes before the Court upon Defendant CBW Bank's Unopposed Motion to Compel Arbitration as to Counts I and II of the Complaint and stay proceedings as it pertains to CBW Bank [ECF No. 29 p. 14]. Plaintiff filed a Notice of Unopposed Relief, requesting that the Court grant Defendant's Motion [ECF No. 30]. The Motion does not impact Counts III and IV of the Complaint, which are directed at Defendant Prime Recovery, LLC [ECF No. 1].

Upon review of the Unopposed Motion, and being fully advised in the premises, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant CBW Bank's Motion to Compel Arbitration and Stay Proceedings as to Counts I and II of Plaintiff's Complaint is **GRANTED**.

2. The case remains **OPEN** as to Counts III and IV of the Complaint, which involve Defendant Prime Recovery [ECF No. 1].

3. Every **ninety (90) days** following the date of this Order, the parties are directed to **jointly** file status reports apprising the Court of the status of the dispute resolution process.

4. The Clerk is directed to **MAIL** a copy of this Order to Defendant Prime Recovery at the address listed below and file a notice of compliance on the docket.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 1st day of November 2024.

                                                    **AILEEN M. CANNON**
                                                    **UNITED STATES DISTRICT JUDGE**

cc: counsel of record

Prime Recovery LLC
7901 4th Street N, Suite 300
St. Petersburg, Florida 33702